UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

**Case Number:  23-24904-CIV-MARTINEZ-SANCHEZ**

KABANA, INC.,

       Plaintiff,

v.

DFC SERVICES CORP.,

       Defendant.

_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

**THIS CAUSE** was referred to the Honorable Eduardo I. Sanchez, United States Magistrate Judge, for a Report and Recommendation (R&R) on any and all post-judgment matters, including Plaintiff's Motion for Final Default Judgment, (ECF No. 14). (ECF No. 15.) Judge Sanchez filed his R&R, (ECF No. 17), recommending that Plaintiff's Motion for Final Default Judgment be granted and that damages be awarded. The Court has reviewed the entire file and record, and notes that no objections have been filed. Accordingly, after careful consideration, it is hereby **ORDERED AND ADJUDGED** as follows:

1.    The Report and Recommendation, (ECF No. 17), is **AFFIRMED** and **ADOPTED**.

2.    Plaintiff's Motion for Final Default Judgment, (ECF No. 14), is **GRANTED**.

3.    Final Judgment will be entered by separate order.

**DONE AND ORDERED** in Miami, Florida, this 27 day of September, 2024.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Sanchez
All Counsel of Record

1